**JUDGE HOLWELL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7139

-----------------------------------------------------------------X
HYUNDAI FIRE & MARINE INSURANCE CO.
LTD. a/s/o S AND J INTERNATIONAL CORP.,

          Plaintiff,

- against -

SUN OCEAN LOGISTICS CORP.,

          Defendant.
-----------------------------------------------------------------X

2008 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

RECEIVED AUG 1 1 2008 U.S.D.C. S.D.N.Y. CASHIERS

NOW comes plaintiff, HYUNDAI FIRE & MARINE INSURANCE CO., LTD. a/s/o S AND J INTERNATIONAL CORP., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

HYUNDAI FIRE & MARINE INSURANCE CO., LTD. is a publicly traded company on the Korea Stock Exchange. S AND J INTERNATIONAL CORP. is not a publicly traded company.

Dated: New York, New York
       August 11, 2008
       101-67

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
Martin F. Casey (MFC-1415)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225